**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sharon Britt, Andre Wall, Joshua Blalock, and Jade Ball, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>Southern California Edison Company,<br><br>Defendant. | CASE NO.: 2:20-cv-08023-FMO (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFFS SHARON BRITT, ANDRE WALL, AND JOSHUA BLALOCK, AND TO DISMISS UNION EMPLOYEES' CLASS CLAIMS WITHOUT PREJUDICE** |

1

**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFFS SHARON BRITT, ANDRE WALL, AND JOSHUA BLALOCK, AND TO DISMISS'S UNION EMPLOYEES' CLASS CLAIMS WITHOUT PREJUDICE**

|   |   |
|---|---|
| 1 | Having read and considered Plaintiffs Sharon Britt, Andre Wall, Joshua Blalock and Jade Ball ("Plaintiffs") and Defendant Southern California Edison Company ("Defendant") Joint Stipulation to Dismiss Plaintiffs Sharon Britt, Andre Wall and Joshua Blalock, and to Dismiss Union Employees' Class Claims Without Prejudice, the Court finds good cause to dismiss the claims of Plaintiffs Britt, Wall and Blalock with prejudice, with each Party to bear their own attorneys' fees and costs as to this matter, and to dismiss Union Employees' putative class claims without prejudice. |

**IT IS SO ORDERED.**

DATED: January 24, 2022

/s/
_____
Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE