# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sharon Britt, Andre Wall, Joshua Blalock, and Jade Ball, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Southern California Edison Company;<br><br>Defendant. | Case No.: 2:20-cv-08023-FMO (ASx)<br><br>Hon. Fernando M. Olguin<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FEBRUARY 16, 2023 DEADLINE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed: September 2, 2020 |

1

ORDER GRANTING JOINT STIPULATION TO CONTINUE FEBRUARY 16, 2023 DEADLINE TO FILE SUPPLEMENTAL BRIEFING IN SUPPRT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**ORDER**

Having considered the concurrently filed stipulation and good cause appearing, the Court HEREBY ORDERS, as follows:

The deadline for the Parties to file their Supplemental Briefing In Support of Plaintiff's Motion for Final Approval of Class Action Settlement is hereby continued to February 21, 2023.

**IT IS SO ORDERED.**

Dated: February 21, 2023           /s/
                         _____
                              Hon. Fernando M. Olguin