JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRITT, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN CALIFORNIA EDISON, <br><br> Defendant. | Case No. CV 20-8023 FMO (ASx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Jade Ball shall be paid a service payment of $5,000.00 in accordance with the terms of the Amended Settlement Agreement and the Order.

2. Class counsel shall be paid $805,625.00 in attorney's fees, and $42,543.03 in costs in accordance with the terms of the Amended Settlement Agreement and the Order.

3. The Claims Administrator, ILYM, shall be paid $44,894.00 for its fees and expenses in accordance with the terms of the Amended Settlement Agreement and the Order.

4. The LWDA shall be paid $75,000.00 pursuant to the Amended Settlement Agreement.

5. All class members who did not validly and timely request exclusion have released their claims, as set forth in the Amended Settlement Agreement, against any of the released parties (as

defined in the Amended Settlement Agreement). All class members that submitted FLSA Opt-In Forms have released their FLSA claims as set forth in the Amended Settlement Agreement.

6. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 21st day of July, 2023.

/s/
Fernando M. Olguin
United States District Judge